```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  07/29/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YAJAIRA PEREZ,

                Plaintiff,                        14 **CIVIL** 9413 (CM)

      -against-                          **JUDGMENT**

GLOBAL CREDIT AND COLLECTION CORP,
                Defendant.
-------------------------------------------------------------X

      Defendant having moved to dismiss (Doc. #9), and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on July 27, 2015, having rendered its Memorandum Decision and Order (Doc. #16) dismissing Plaintiff's claim with prejudice. Each party shall bear its own costs, pursuant to 15 U.S.C. § 1692k(a)(3); and directing the Clerk of the Court to remove Docket No. 9 from the Court's list of pending motions. This action, and all other claims relating to this action, by and among the parties, are hereby dismissed and withdrawn with prejudice,  it is,

      **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated July 27, 2015, Plaintiff's claim is dismissed with prejudice. Each party shall bear its own costs, pursuant to 15 U.S.C. § 1692k(a)(3).  This action, and all other claims relating to this action, by and among the parties, are hereby dismissed and withdrawn with prejudice.

**Dated:**  New York, New York
        July 29, 2015

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                **BY:**    *K. Mango*
                                                             _____
                                                              **Deputy Clerk**